IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DONALD ALFORD,

    Petitioner,

v.

CAROL HOLINKA, WARDEN,
FCI-OXFORD,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-273-wmc

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing the petition of Donald Alford for a writ of habeas corpus under 28 U.S.C. § 2241 for his failure to articulate a valid jurisdictional basis to consider his claims.

_____    _6/14/12_
Peter Oppeneer, Clerk of Court    Date